## THAIR v. PARSONS

Richard Thaire of Brantry pl[t] ags[t] William Parsons of Boston Joyner Defend[t] in an Action of review of an Action of y[e] case comenced

by the said William Parsons against the said Richard Thaire at a County Court held at Boston in Ap[r] last & also obtayned a Judgment from the said Court to the vallue of seauenty six pounds fiue shillings & costs of Court forty fiue shillings & eight pence (which complaint) was for disburstm[ts] laid out & payd by the said William Parsons about the building of a Katch & due Damages according to Attachm[t] Dat the 24th Day of Octob[r] 1671 . . . the Jurie . . . found for the plantiff seauenty eight pounds tenn shillings & eight pence Damage & Costs of Court The Defend[t] appealed from this Judgment to the next Court of Assistants & William Parsons as prinsipall in one hundred & fiuety pounds & James Euerell & John Williams as suerties in seauenty fiue pounds apiece acknowledged themselves bound to . . . prosecute his appeale . . .